UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BARRY SIMON JAMESON, | ) | No. CV 08-04031-CAS (VBK) |
| | ) | |
| Petitioner, | ) | [PROPOSED] ORDER (1) ACCEPTING |
| | ) | AND ADOPTING THE REPORT AND |
| v. | ) | RECOMMENDATION OF THE UNITED |
| | ) | STATES MAGISTRATE JUDGE, AND (2) |
| JAMES A. YATES, | ) | DISMISSING THE PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation,(2)Respondent's Motion to Dismiss is granted; and (3) Judgement be entered dismissing the Petition with prejudice.

DATED: November 19, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE