JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

BARRY SIMON JAMESON,          )  No. CV 08-04031-CAS (VBK)
                              )
            Petitioner,       )  JUDGMENT
                              )
       v.                     )
                              )
JAMES A. YATES,               )
                              )
            Respondent.       )
_____)

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: November 19, 2009

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE